# CASEY & BARNETT, LLC
## ATTORNEYS AT LAW
**41 Madison Avenue, Suite 2528**
**New York, New York 10010**

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH

*Telephone: (212) 286-0225*
*Facsimile: (212) 286-0261*
*Web: www.caseybarnett.com*

NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960
Tel: (212)286-0225
Fax: (212)286-0261

\*   Admitted in NY and NJ
\*\* Admitted in NY, NJ, La and OH

**mfc@caseybarnett.com**

October 8, 2015

### VIA ECF

United States Court of Appeals
For the Second Circuit
Office of the Clerk of Court
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> Re:    *Lord & Taylor LLC v Zim et al.*
> 2nd Cir. Docket No.: 15 - 2134
> Our File: 424-04

Dear Sir or Madam:

We represent the plaintiff-appellant, Lord & Taylor LLC, in respect to the captioned action and write to inform the Court of the present status of plaintiff-appellant's Rule 60 motion pending before Judge Analisa Torres in the Southern District of New York.

As we informed the Court in our September 8, 2015 letter, Judge Torres set a Briefing Schedule which required the defendant to file its opposition papers to said motion by September 25, 2015. Defendant's opposition papers were timely filed. The Briefing Schedule then required Plaintiff to file its reply papers by Friday, October 9, 2015. Plaintiff intends to file its reply papers timely on October 9, 2015.

Pursuant to this Court's directive, we will provide the Court with a further status report on or before November 8, 2015.

Respectfully submitted,

CASEY & BARNETT, LLC
Attorneys for Appellant/Plaintiff

*/s/ Martin F. Casey*

Martin F. Casey

cc:    Vincent M. DeOrchis, Esq.                    *via email and ECF*