# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of June, two thousand and sixteen,

_____

Lord & Taylor LLC,

    Plaintiff - Appellant,

v.

ZIM Integrated Shipping Services Ltd.,

    Defendant-Cross-Defendant - Appellee,

New York Container Terminal, Incorporated,

    Defendant-Cross-Claimant.
_____

**ORDER**

Docket No. 15-2134

On September 8, 2015, the Court issued a notice, pursuant to Fed. R. App. P. 4(a)(4), staying this appeal due to a pending motion in the district court. The district court having denied the motion in an order dated June 10, 2016,

IT IS ORDERED that the stay of this appeal is hereby lifted. Appellant's principal brief and the joint appendix must be filed within 30 days of the date of this order.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

