UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of July, two thousand and Sixteen,

Lord & Taylor LLC
v.
Zim Integrated Shipping Svs Ltd.

STIPULATION
Docket Number: 15-2134

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: July 13, 2016

_____
Attorney for Appellant

Martin F. Casey / Casey & Barnett LLC
Print Name and Firm

Date: July 13, 2016

_____
Attorney for Appellee

Vincent M. DeOrchis/Montgomery McCracken et al
Print Name and Firm